**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WORLDWIDE CLINICAL TRIALS HOLDINGS, INC.,

Petitioner,

v.

DUSTIN HAWLEY,

Respondent.

Case No. 8:26-cv-1553

---

**DECLARATION OF EDWARD F. ROCHE**

---

1. I, Edward F. Roche, am over 18 years of age, of sound mind, and am competent to make this declaration.

2. I am an attorney licensed to practice law in the State of North Carolina and a partner at Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., counsel of record for Petitioner Worldwide Clinical Trials Holdings, Inc. ("Worldwide") in this matter. I make this declaration based on my own personal knowledge, including based on my review of records in the course of my representation of Worldwide.

3. Worldwide was misidentified as a limited liability company in its Motion to Confirm Arbitration Award filed May 26, 2026. (ECF No. 1 ¶ 1.)

4. Worldwide is in fact a corporation incorporated in Delaware, with its principal place of business in North Carolina. (Lewis Decl. ¶¶ 4, 5; Exs. A, B.)

5. Public records and Respondent's assertions to the Court in the above-captioned action demonstrate that respondent Dustin Michael Hawley was domiciled in Florida at the time Worldwide filed its Motion to Confirm Arbitration Award on May 26, 2025. Respondent has a long-standing presence in Florida that predates Worldwide's May 26, 2025 filing and, upon information and belief, has an intent to remain in Florida.

6. Respondent has represented to this Court that he is a "citizen of the state of Florida for purposes of 28 U.S.C. § 1332[]" in his Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 filed June 26, 2026. (ECF. No. 18 ¶ 1.)

7. Respondent has also represented to this Court that he is a resident and citizen of Florida in his Response in Opposition to Applicant's Motion to Confirm Arbitration Award and Protective Answer to Application filed June 26, 2026. (ECF. No. 24 ¶ 2.).

8. Respondent, a pro se litigant, provided 623 Albee Farm Road North, Nokomis, Florida 34275 as his mailing address on his Response in Opposition to Applicant's Motion to Confirm Arbitration Award and Protective Answer to Application filed June 26, 2026. (ECF No. 24 ¶ 2.).

9. Respondent also provided 623 Albee Farm Road North, Nokomis, Florida 34275 as his mailing address on his Disclosure Statement under Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 filed June 26, 2026. (ECF No. 18).

10. Respondent's active voter registration from the Florida Department of State lists 623 Albee Farm Road North, Nokomis, Florida 34275 as his address. Respondent has been registered to vote in Florida since at least 2018. Attached hereto as **Exhibit C** is a true and accurate copy of Respondent's Florida voter registration from the Florida Department of State's website as of July 31, 2026.

11. According to American Express National Bank, Respondent provided his 623 Albee Farm Road North, Nokomis, Florida 34275 address for his credit account with American Express National Bank. Attached hereto as **Exhibit J** is a true and accurate copy of American Express National Bank's Complaint against Respondent filed in the Sarasota County Circuit Court on October 10, 2025.

12. According to Vystar Credit Union, Respondent also provided his 623 Albee Farm Road North, Nokomis, Florida 34275 address for his bank account with Vystar Credit Union. Attached hereto as **Exhibit K** is a true and accurate copy of Vystar Credit Union's Answer filed in the Sarasota County Circuit Court on June 29, 2026.

13. Respondent did not make an appearance in Sarasota County Circuit Court regarding American Express National Bank and Vystar Credit Union's claims, but he was successfully served at his 623 Albee Farm Road North, Nokomis, Florida 34275 address and a default judgment was entered against him. Attached hereto as **Exhibit M** is a true and accurate copy of the Return of Service filed in the Sarasota County Circuit Court on December 17, 2025. Also attached hereto as **Exhibit L** is a

true and accurate copy of the default judgment entered against Respondent in Sarasota County Circuit Court on April 27, 2026.

14. Respondent holds an active Florida real estate license under his 623 Albee Farm Road North, Nokomis, Florida 34275 address. Respondent has held a Florida real estate license since September 26, 2013. Attached hereto as **Exhibit G** is a true and accurate copy of the Florida Department of Business and Professional Regulation Online Services' license information for Respondent as of July 31, 2026.

15. Respondent holds a valid Florida driver's license. Attached hereto as **Exhibit D** is a true and correct copy of Respondent's driver's license status according to the Florida Highway Safety and Motor Vehicles website as of August 4, 2026.

16. Respondent's Florida driver's license is connected to his 623 Albee Farm Road North, Nokomis, Florida 34275 address. Attached hereto as **Exhibit F** is a true and accurate copy of Respondent's traffic citation filed in Sarasota County Circuit Court in Case No. 2026 TR 021980 SC. Also attached hereto as **Exhibit E** is a true and correct copy of Respondent's traffic citations filed in Sarasota County Circuit Court in Case No. 2026 TR 004898 SC.

17. Respondent recently married Orlando Rodrigo Loyo Gonzalez, a self-described resident of Nokomis, Sarasota County, Florida on July 1, 2026. Attached hereto as **Exhibit N** is a true and correct copy of Respondent and Mr. Gonzalez's marriage license issued by the Sarasota County Circuit Court Deputy Clerk on June 18, 2026.

18. Orlando Rodrigo Loyo Gonzalez holds an active Florida Occupational Therapy Assistant license under the 623 Albee Farm Road North, Nokomis, Florida 34275 address. Attached hereto as **Exhibit O** is a true and accurate copy of Orlando Rodrigo Gonzalez's Florida Occupational Therapy Assistant license from the Florida Department of Health website as of August 6, 2026.

19. Moreover, Respondent and Scott A. Jaikin jointly owned property located at 1517 Mayfair Road, Jacksonville, FL 32207 as a married couple until it was sold in June 2019. Attached hereto as **Exhibit H** is a true and accurate copy of the Warranty Deed entered by the Duval County Circuit Court Clerk on August 8, 2019.

20. Respondent and Scott A. Jaikin jointly owned property located at 1442 Mayfair Drive, Jacksonville, FL 32207 until it was sold in February 2025. Attached hereto as **Exhibit I** is a true and accurate copy of the Warranty Deed entered by the Duval County Circuit Court Clerk on February 19, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed this 11th day of August, 2026, at Raleigh, North Carolina.

/s/ Edward F. Roche
Edward F. Roche

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing to be served via U.S. Mail on the following:

Dustin Hawley
623 Albee Farm Rd N
Nokomis, FL 34275

This the 11th day of August, 2026.

By: /s/ *Edward F. Roche*
Edward F. Roche