# EXHIBIT D

## Driver License Status

As of August 4, 2026, at 10:12 AM, Florida driver license number [redacted] is Valid. This license is a Class E with an expiration date of 01/27/2035.

### Restrictions

None on Record

### Endorsements

None on Record

### Designations

None on Record

### Effective Insurance Cancellation Suspensions

None on Record

### COURT SUSPENSION(S) - Court Requirements Not Met

None on Record

### Suspensions, Revocations, Cancellations, Disqualifiations

None on Record

Personal information in Florida motor vehicle and driver license records is blocked in accordance with the Driver Privacy Protection Act (https://www.flhsmv.gov/privacy-statement/driver-privacy-protection-act/).

You are not eligible to elect traffic school. You have elected to attend school 2 times, and the last election was for ticket number ANGJ6SE with SARASOTA court. You can elect traffic school once in a 12 month period and eight times in a lifetime. Visit the Driver Improvement School

(https://www.flhsmv.gov/driver-licenses-id-cards/education-courses/driver-improvement-schools/) page for additional information regarding traffic school.

The status of your license is the result of the infractions on your driver record. This is not an official driver record. For information on how to obtain an official driver record, visit MyDMV Portal (/Home/en/PublicWeb/DlCheck/LinkToPortal).

Please visit What to Bring (https://www.flhsmv.gov/driver-licenses-id-cards/what-to-bring/) before your visit.

When you check your driver license status by entering the number above, if it displays "VALID," it simply indicates the FLHSMV has already received information and cleared your record. You may disregard any notice you received and print the response as your latest official receipt from the FLHSMV.

New Search (/Home/en/PublicWeb/DLCheck)

**PRIVACY STATEMENT (HTTPS://FLHSMV.GOV/PRIVACY-STATEMENT/)**

**EMAIL NOTICE (HTTPS://FLHSMV.GOV/EMAIL-NOTICE/)**

**DISCLAIMER (HTTPS://FLHSMV.GOV/DISCLAIMER/)**

**MYFLORIDA.COM (HTTP://WWW.MYFLORIDA.COM)**

**ADA NOTICE (HTTPS://FLHSMV.GOV/ADA-NOTICE/)**

**CONTACT US (HTTP://WWW.FLHSMV.GOV/CONTACT-US/)**

**© Copyright 2014 – 2018 Florida Highway Safety and Motor Vehicles. All Rights Reserved.**