# EXHIBIT E

## FLORIDA UNIFORM TRAFFIC CITATION

**AMXCLDE**

COUNTY OF: 16 SARASOTA
CITY (IF APPLICABLE): SARASOTA

[ ] (1) F.H.P [ ] (2) P.D [x] (3) S.O [ ] (4) OTHER
AGENCY NAME: SARASOTA COUNTY SHERIFFS OFFICE
AGENCY #: 1650

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

COMPLAINT (RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | |
|---|---|---|---|---|
| SUN | 1 | 25 | 2026 | 1:01 PM |

NAME (PRINT) FIRST: DUSTIN MIDDLE: MICHAEL LAST: HAWLEY
STREET: 623 ALBEE FARM RD N
IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE [ ]
CITY: NOKOMIS STATE: FL ZIP CODE: 34275
TELEPHONE NUMBER: DATE OF BIRTH: MO [redacted] DAY [redacted] YR [redacted] RACE: W SEX: M HGT: 6' 01"
DRIVER LICENSE NUMBER: [redacted]
STATE: FL CLASS: E CDL LICENSE: [ ] Y [x] N YR LICENSE EXP: 2027
COMMERCIAL VEHICLE: [ ] YES [x] NO
YR VEHICLE: 2019 MAKE: CHEV STYLE: 2D COLOR: RED
PLACARDED HAZARDOUS MATERIAL: [ ] YES [x] NO
VEHICLE LICENSE NO: [redacted] TRAILER TAG NO: STATE: FL YEAR TAG EXPIRES: 2027
≥ 16 PASSENGERS: [ ] YES [x] NO
UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY
LAUREL RD E, 32 FEET W FROM GROVE ST 27.138293 - 82.450659- TRAVELING E
MOTORCYCLE: [ ] YES [x] NO
Companion UTC: [ ] YES [x] NO
FT 32 MILES [ ] N [ ] S [ ] E [x] W OF NODE

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

[ ] UNLAWFUL SPEED ___ MPH SPEED APPLICABLE ___ MPH
[ ] INTERSTATE [ ] SCHOOL ZONE [ ] CONSTRUCTION WORKERS PRESENT )
SPEED MEASUREMENT DEVICE:

[ ] CARELESS DRIVING
[ ] VIOLATION OF TRAFFIC CONTROL DEVICE
[ ] FAILURE TO STOP AT A TRAFFIC SIGNAL
[ ] IMPROPER LANE CHANGE OR COURSE
[ ] NO PROOF OF INSURANCE
[ ] VIOLATION OF RIGHT-OF-WAY
[ ] IMPROPER PASSING
[ ] CHILD RESTRAINT
[ ] SAFETY BELT VIOLATION
[ ] IMPROPER OR UNSAFE EQUIPMENT
[ ] EXPIRED TAG SIX (6) MONTHS OR LESS
[ ] EXPIRED TAG MORE THAN SIX (6) MONTHS
[x] DRIVING WHILE LICENSE SUSPENDED OR REVOKED
[ ] EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
[ ] EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
[ ] NO VALID DRIVER LICENSE
[ ] DRIVING UNDER THE INFLUENCE
[ ] Passenger Under 18 Yrs.
BAL ___

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
SUSPENDED 1-21-26 - DWLS - UNKNOWINGLY OPERATING VEHICLE WHILE DL SUSPENDED/CANCELED/REVOKED [CAN ON
RE-EXAM: [ ] YES [x] NO
DL SEIZED: [ ] YES [x] NO

[ ] AGGRESSIVE DRIVING IN VIOLATION OF STATE STATUTE SECTION 322.34 SUB-SECTION (1)

CRASH: [ ] YES [x] NO PROPERTY DAMAGE: [ ] YES $ ___ [x] NO INJURY TO ANOTHER: [ ] YES [x] NO SERIOUS BODILY INJURY TO ANOTHER: [ ] YES [x] NO FATAL: [ ] YES [x] NO

[ ] CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
[ ] INFRACTION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
[x] INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

AMXC-LDE

CIVIL PENALTY IS $160.00
COURT INFORMATION
DATE TIME
SARASOTA COUNTY TRAFFIC VIOLATIONS - MAIL CHECKS TO: P.O. BOX 3079 SARASOTA,
COURT: 2000 MAIN STREET SARASOTA FL
LOCATION: 34237 (941) 861-7400 WWW.SARASOTACLERK.COM

ARREST DELIVERED TO DATE

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

[signature] 3409 DEP. KYLE CHESNEY 3409 99999
RANK-NAME OF OFFICER BADGE NO ID NO TROOP UNIT

[x] I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 06/22)
ELECTRONIC REPORT

## COMPLAINT

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED.
PAY A CIVIL PENALTY IN THE AMOUNT OF $
CASE NO. ___ DOCKET NO. ___ PAGE NO. ___

| DATE | COURT ACTION AND OTHER ORDERS |
|---|---|
| | |
| | BAIL FIXED AT $ ___ OR CASH DEPOSIT OF $ ___<br>SIGNATURE OF PERSON GIVING BAIL<br>SIGNATURE OF PERSON TAKING BAIL |
| | FINE IN THE AMOUNT OF $ ___ RECEIVED AS REQUIRED BY COURT SCHEDULE.<br>SIGNATURE OF CLERK |
| | CONTINUANCE TO ___ REASON ___ |
| | CONTINUANCE TO ___ REASON ___ |
| | BOND ESTREATED |
| | WARRANT ISSUED |
| | VIOLATOR FAILED TO APPEAR-DRIVER LICENSE SUSPENDED |
| | VIOLATOR ARRAIGNED ON ___ (DATE)<br>PLEA:<br>FINDING:<br>ADJUDICATION:<br>SENTENCE: FINE ___ COST ___<br>JAILED ___ DAYS<br>DRIVER IMPROVEMENT SCHOOL<br>OTHER<br>DRIVER LICENSE SUSPENDED OR REVOKED FOR ___ DAYS<br>RECOMMEND DRIVER LICENSE SUSPENSION FOR ___ DAYS<br>RECOMMEND RE-TEST<br>SIGNATURE OF JUDGE |
| | TESTIMONY - JUDGE'S NOTES (OR OTHER COURT ORDERS): |
| | APPEAL BOND OF $ |
| | VIOLATOR'S FINGERPRINT WHEN APPLICABLE → |