# EXHIBIT F

**FLORIDA UNIFORM TRAFFIC CITATION** **ANGJ6SE**

COUNTY OF: 16 SARASOTA
CITY (IF APPLICABLE): UNINCORPORATED

☐ (1) F.H.P ☐ (2) P.D ☑ (3) S.O ☐ (4) OTHER
AGENCY NAME: SARASOTA COUNTY SHERIFFS OFFICE
AGENCY #: 1600

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

COMPLAINT (RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | |
|---|---|---|---|---|
| MON | 5 | 11 | 2026 | 5:03 PM |

NAME (PRINT) FIRST: DUSTIN MIDDLE: MICHAEL LAST: HAWLEY
STREET: 623 ALBEE FARM RD N — IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐
CITY: NOKOMIS STATE: FL ZIP CODE: 34275
TELEPHONE NUMBER: DATE OF BIRTH: MO [redacted] DAY [redacted] YR [redacted] RACE: W SEX: M HGT: 6' 01"
DRIVER LICENSE NUMBER: [redacted] STATE: FL CLASS: E CDL LICENSE: ☐ Y ☑ N YR LICENSE EXP.: 2035 COMMERCIAL VEHICLE: ☐ YES ☑ NO
YR VEHICLE: 2019 MAKE: CHEV STYLE: 2D COLOR: RED PLACARDED HAZARDOUS MATERIAL: ☐ YES ☑ NO
VEHICLE LICENSE NO: [redacted] TRAILER TAG NO: STATE: FL YEAR TAG EXPIRES: 2027 ≥ 16 PASSENGERS: ☐ YES ☑ NO
UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: LAUREL RD E AT S I-75 27.137620 -82.412052
MOTORCYCLE: ☐ YES ☑ NO
Companion UTC: ☐ YES ☑ NO

FT ____ MILES ____ ☐ N ☐ S ☐ E ☐ W OF NODE ____

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED ____ MPH SPEED APPLICABLE ____ MPH
☐ INTERSTATE ☐ SCHOOL ZONE ☐ CONSTRUCTION WORKERS PRESENT )
SPEED MEASUREMENT DEVICE:

☐ CARELESS DRIVING ☐ CHILD RESTRAINT ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS
☑ VIOLATION OF TRAFFIC CONTROL DEVICE ☐ SAFETY BELT VIOLATION ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS
☐ FAILURE TO STOP AT A TRAFFIC SIGNAL ☐ IMPROPER OR UNSAFE EQUIPMENT ☐ NO VALID DRIVER LICENSE
☐ IMPROPER LANE CHANGE OR COURSE ☐ EXPIRED TAG SIX (6) MONTHS OR LESS ☐ DRIVING UNDER THE INFLUENCE
☐ NO PROOF OF INSURANCE ☐ EXPIRED TAG MORE THAN SIX (6) MONTHS ☐ Passenger Under 18 Yrs.
☐ VIOLATION OF RIGHT-OF-WAY ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED
☐ IMPROPER PASSING BAL ____

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:
NO TURN ON RED - TRAFFIC CONTROL DEVICE FAIL TO OBEY TRAFFIC CONTROL DEVICE (SIGN)
RE-EXAM: ☐ YES ☑ NO
DL SEIZED: ☐ YES ☑ NO

☐ AGGRESSIVE DRIVING — IN VIOLATION OF STATE STATUTE — SECTION: 316.074 SUB-SECTION: (1)

CRASH: ☐ YES ☑ NO PROPERTY DAMAGE: ☐ YES $ ____ ☑ NO INJURY TO ANOTHER: ☐ YES ☑ NO SERIOUS BODILY INJURY TO ANOTHER: ☐ YES ☑ NO FATAL: ☐ YES ☑ NO

☐ CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☐ INFRACTION, COURT APPEARANCE REQUIRED. AS INDICATED BELOW.
☑ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

ANGJ-6SE

CIVIL PENALTY IS $166.00

COURT INFORMATION
DATE ____ TIME ____
SARASOTA COUNTY TRAFFIC VIOLATIONS - MAIL CHECKS TO: P.O. BOX 3079 SARASOTA,
2000 MAIN STREET COURT SARASOTA FL
LOCATION
34237 (941) 861-7400 WWW.SARASOTACLERK.COM

ARREST DELIVERED TO ____ DATE ____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR (SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

| RANK-NAME OF OFFICER | | | BADGE NO | ID NO | TROOP UNIT |
|---|---|---|---|---|---|
| DEP. | J | BARR | 2369 | 2369 | |

☑ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

HSMV 75901 (REV. 06/22)
ELECTRONIC REPORT

## COMPLAINT

WHEN PRESENTED TO VIOLATOR, THE FOLLOWING AMOUNT WAS ENTERED.
PAY A CIVIL PENALTY IN THE AMOUNT OF $ ____
CASE NO. ____ DOCKET NO. ____ PAGE NO. ____

| DATE | COURT ACTION AND OTHER ORDERS |
|---|---|
| | |
| | BAIL FIXED AT $ ____ OR CASH DEPOSIT OF $ ____<br>SIGNATURE OF PERSON GIVING BAIL<br>SIGNATURE OF PERSON TAKING BAIL |
| | FINE IN THE AMOUNT OF $ ____ RECEIVED AS REQUIRED BY COURT SCHEDULE.<br>SIGNATURE OF CLERK |
| | CONTINUANCE TO ____ REASON ____ |
| | CONTINUANCE TO ____ REASON ____ |
| | BOND ESTREATED ____ |
| | WARRANT ISSUED ____ |
| | VIOLATOR FAILED TO APPEAR-DRIVER LICENSE SUSPENDED |
| | VIOLATOR ARRAIGNED ON ____ (DATE)<br>PLEA: ____<br>FINDING: ____<br>ADJUDICATION: ____<br>SENTENCE: FINE ____ COST ____<br>JAILED ____ DAYS<br>DRIVER IMPROVEMENT SCHOOL ____<br>OTHER ____<br>DRIVER LICENSE SUSPENDED OR REVOKED FOR ____ DAYS<br>RECOMMEND DRIVER LICENSE SUSPENSION FOR ____ DAYS<br>RECOMMEND RE-TEST ____<br>SIGNATURE OF JUDGE |
| | TESTIMONY - JUDGE'S NOTES (OR OTHER COURT ORDERS): |
| | APPEAL BOND OF $ ____ |
| | VIOLATOR'S FINGERPRINT WHEN APPLICABLE → |