# EXHIBIT G

dbpr

**FLORIDA DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION ONLINE SERVICES**

ONLINE SERVICES

- Apply for a License
- Verify a Licensee
- View Food & Lodging Inspections
- File a Complaint
- Continuing Education Course Search
- View Application Status
- Find Exam Information
- Unlicensed Activity Search
- AB&T Delinquent Invoice & Activity List Search

HOME CONTACT US MY ACCOUNT

## LICENSEE DETAILS

**12:14:37 PM 7/31/2026 EST**

### License Information

| | |
|---|---|
| **Name** | HAWLEY, DUSTIN MICHAEL (Primary Name) |
| **Main Address** | 623 ALBEE FARM ROAD NORTH<br>NOKOMIS Florida 34275 |
| **County** | Sarasota |
| **License Mailing** | 623 ALBEE FARM ROAD NORTH<br>NOKOMIS Florida 34275 |

| | |
|---|---|
| **County** | Sarasota |
| **License Location** | 623 ALBEE FARM ROAD NORTH<br>NOKOMIS Florida 34275 |
| **County** | Sarasota |

License Information

| | |
|---|---|
| **License Type** | Real Estate Broker or Sales |
| **Rank** | Sales Associate |
| **License Number** | SL3282118 |
| **Status** | Current,Active |
| **Licensure Date** | 09/26/2013 |
| **Expires** | 03/31/2027 |

| Special Qualifications | **Qualification Effective** |
|---|---|

Alternate Names

View Related License Information

View License Complaint

**2601 Blair Stone Road, Tallahassee FL 32399 | Email: Customer Contact Center | Customer Contact Center: (850) 487.1395**

The State of Florida is an AA/EEO employer. Copyright ©2025 Department of Business and Professional Regulation - State of Florida. Privacy Statement

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact the office by phone or by traditional mail. If you have any questions, please contact 850.487.1395. *Pursuant to Section 455.275(1), Florida Statutes, effective October 1, 2012, licensees licensed under Chapter 455, F.S. must provide the Department with an email address if they have one. The emails provided may be used for official communication with the licensee.

However email addresses are public record. If you do not wish to supply a personal address, please provide the Department with an email address which can be made available to the public. Please see our Chapter 455 page to determine if you are affected by this change.