# EXHIBIT H

Doc # 2019185024, OR BK 18893 Page 222, Number Pages: 2,
Recorded 06/08/2019 04:21 PM, RONNIE FUSSELL CLERK CIRCUIT COURT DUVAL COUNTY
RECORDING $18.50 DEED DOC ST $3045.00


THIS INSTRUMENT PREPARED BY:
**Jeff Marks**
**Ryan, Marks and Stromberg Attorneys, LLP**
**3000-8 Hartley Road**
**Jacksonville, FL 32257**
File Number: **190275**

RECORD AND RETURN TO:
David O'Neill and Sara L. Chilton
1517 Mayfair Road
Jacksonville, FL 32207

RE PARCEL ID #: 135777-0000
BUYER'S TIN:

[Space Above This Line For Recording Data]

19048691
$435000.00

# Warranty Deed

**This Warranty Deed** is delivered this **7th** day of **June, 2019** between **Dustin Hawley and Scott Jaikin, a married couple** hereinafter called Grantor, and whose address is **1442 Mayfair Road, Jacksonville, FL 32207**, to **David P. O'Neill and Sara L. Chilton, husband and wife,** hereinafter called Grantee and whose address is **1517 Mayfair Road, Jacksonville, FL 32207.**

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

## Witnesseth

**THAT** the Grantor, for and in consideration of the sum of Ten and NO/100 Dollars and other good and valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the Grantee, all that certain land situate, lying and being in **Duval County, Florida**, viz:

**Lot 5 and the South 40 feet of Lot 6, Block 7, ST. NICHOLAS HEIGHTS, according to the plat thereof recorded in Plat Book 7, page 18, of the current public records of Duval County, Florida.**

**Parcel Identification Number: 135777-0000**

**SUBJECT TO** taxes accruing subsequent to **December 31, 2018**.

**SUBJECT TO** covenants, restrictions and easements of record, if any; however, this reference thereto shall not operate to reimpose same.

**Together** with all the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances.

**In Witness Whereof**, the said Grantor has signed and sealed these presents the day and year first above written.
Signed, sealed and delivered in our presence:

Witness Name: Loren L. Torrence

Witness Name: Samuel Stromberg

(Seal)
Dustin M. Hawley

(Seal)
Scott A. Jaikin

State of Florida
County of Duval

The foregoing instrument was acknowledged before me this 5th day of June, 2019 by Dustin M. Hawley and Scott A. Jaikin, who [_] are personally known or [X] have produced a driver's license as identification.

[Notary Seal]

SAMUEL STROMBERG
Notary Public - State of Florida
Commission # FF 913669
My Comm. Expires Aug 31, 2019
Bonded through National Notary Assn.

Notary Public

Printed Name: Samuel Stromberg

My Commission Expires: ______________