# EXHIBIT I

Doc # 2025040776, OR BK 21365 Page 2424, Number Pages: 2,
Recorded 02/19/2025 02:54 PM, JODY PHILLIPS CLERK CIRCUIT COURT DUVAL COUNTY
RECORDING $18.50 DEED DOC ST $9800.00

<u>Prepared by and return to</u>:
**Maria Coutu**
**Atlantic Coast Title & Escrow**
**1525-B The Greens Way, Suite 100**
**Jacksonville Beach, FL 32250**
**(904) 372-4834**
File Number: **2025-22680**
Will Call No.:

[Space Above This Line For Recording Data]

# Warranty Deed

**This Warranty Deed** made this **14th day of February, 2025** between **Dustin Michael Hawley a/k/a Dustin M. Hawley, a single person** whose post office address is **623 Albee Farm Rd N, Nokomis, FL 34275 and Scott Allen Jaikin a/k/a Scott A. Jaikin, a single man** whose post office address is **1655 Prudential Drive, Unit 1605, Jacksonville, FL 32207**, grantor, and **Jerome Lewis Nettuno, a single man** whose post office address is **2082 Dennison Ln, Bozeman, MT 59718**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situated, lying and being in **Duval County**, **Florida** to-wit:

> **Lot 8, Mayfair, according to the map or plat thereof as recorded in Plat Book 16, Page 38, Public Records of Duval County, Florida.**
>
> **Parcel Number: 145389-0000**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to **12/31/2024**.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness
Printed Name: Maria Coutu
P.O. Address: 1525B The Greens Way
Jax Beach, FL 32250

Dustin Michael Hawley a/k/a Dustin M. Hawley

Witness
Printed Name: Emily Davis
P.O. Address: 1525B The Greens Way
Jax Beach, FL 32250

Scott Allen Jaikin a/k/a Scott A. Jaikin

State of Florida
County of Duval

The foregoing instrument was acknowledged before me by means of [_] physical presence or [_xx] online notarization, this 14th day of February, 2025 by Dustin Michael Hawley a/k/a Dustin M. Hawley and Scott Allen Jaikin a/k/a Scott A. Jaikin who [_] are personally known or [xx_] have produced drivers' licenses as identification.

[Seal]

MARIA COUTU
Notary Public - State of Florida
Commission # HH 214136
Expires on April 29, 2026

NOTARY PUBLIC · STATE OF FLORIDA

Notary Public
Print Name: Maria DiMartino Coutu
My Commission Expires: 04/29/2026

Notarized remotely online using communication technology via Proof.