# EXHIBIT K

Filing # 251393276 E-Filed 06/29/2026 11:49:42 AM

IN THE COUNTY COURT IN THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

Case No.: 2025 CC 008322 SC

AMERICAN EXPRESS NATIONAL BANK,

Plaintiff(s),

vs.

DUSTIN HAWLEY a/k/a
DUSTIN M HAWLEY,

Defendant(s),

and

VYSTAR CREDIT UNION,

Garnishee.
_____________________________________/

**GARNISHEE VYSTAR CREDIT UNION'S ANSWER**

Garnishee, VyStar Credit Union ("VyStar"), pursuant to Rule 1.190, Florida Rules of Civil Procedure and §77.06, Florida Statutes, answers the Plaintiff's Writ of Garnishment, and states:

1. On June 23, 2026, Plaintiff served a Writ of Garnishment on VyStar seeking to garnish the accounts of Defendant Dustin Hawley aka Dustin M Hawley.

2. VyStar retained these monies pursuant to §77.06, Florida Statutes in response to the Writ of Garnishment, which amounts have subsequently continued to accrue interest.

3. The accounts of Defendant currently contain the following attachable amounts retained by VyStar:

   a. Savings Account; Dustin Hawley aka Dustin M Hawley: $0.00;

   b. Checking Account; Dustin Hawley aka Dustin M Hawley: $0.00.

4. The sum total of the retained attachable amount is $0.00.

5. Any joint accounts with VyStar Credit Union are issued and held with right of survivorship.

6. VyStar possesses the following addresses for the Defendant:

   a. Dustin Hawley aka Dustin M Hawley, 623 Albee Farm Rd N, Nokomis, Florida 34275-2409.

7. VyStar is unaware of any other persons having or appearing to have an ownership interest in the involved property.

**REQUEST FOR ATTORNEY'S FEE**

Pursuant to §77.28, Florida Statutes, Garnishee, VyStar Credit Union requests the Garnishor provide payment of $100.00 for the Garnishee's attorney fee for representation in response to the Writ. The Garnishee further requests that the fee amount be made payable to: McConnaughhay, Coonrod, Weaver, & Stern, P.A., and sent to the attention of the undersigned attorney at 7077 Bonneval Rd., Suite 600, Jacksonville, Florida 32216.

**DESIGNATION OF E-MAIL ADDRESS**

Pursuant to Rule 2.516, Florida Rules of Judicial Administration, counsel for the Garnishee hereby designates the following e-mail addresses for service of court documents:

Primary addresses: hfolmarpleadings@mcconnaughhay.com
cbeyl@mcconnaughhay.com;

Secondary addresses: awhittaker@mcconnaughhay.com
dcebrian@mcconnaughhay.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above document has been served by Electronic Mail to American Express Legal, flpleadings@aexp.com, 9550 Regency Square Boulevard, Suite 501, Jacksonville, Florida 32225, *Attorney for Plaintiff,* on this 29th day of June, 2026.

/s/ *Hayley Lewis Folmar*
McConnaughhay, Coonrod, Weaver & Stern, P.A.
**Hayley Lewis Folmar, Esq.**
Florida Bar No.: 96345
**Caitlin Whalen Beyl, Esq.**
Florida Bar No.: 0092139
7077 Bonneval Rd., Suite 600,
Jacksonville, Florida 32216
hfolmarpleadings@mcconnaughhay.com
cbeyl@mcconnaughhay.com
Telephone: (904) 363-1950
Fax: (904) 363-1510
*Counsel for VyStar Credit Union*