# EXHIBIT L

Filing # 246937142 E-Filed 04/27/2026 08:50:19 PM

IN THE COUNTY COURT
12TH JUDICIAL CIRCUIT, IN AND FOR
SARASOTA COUNTY, FLORIDA

**AMERICAN EXPRESS NATIONAL BANK**
Plaintiff,

CASE NO.: 2025 CC 008322 SC
DIVISION:

vs.

**DUSTIN HAWLEY**
**a/k/a DUSTIN M HAWLEY**
Defendant,
_______________________________________/

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2026056517 1 PG(S)
4/28/2026 3:34 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
CIVIL COURTS Receipt # 3486766

**DEFAULT FINAL JUDGMENT**

This action was heard after entry of default against defendant and

IT IS ADJUDGED that plaintiff, AMERICAN EXPRESS NATIONAL BANK 115 W Towne Ridge Parkway, Sandy, UT 84070, recover from defendant, Dustin Hawley a/k/a Dustin M Hawley, residing at 623 Albee Farm Road North, Nokomis, Florida 34275, (x0440), the sum of $13,000.00 on principal, with costs in the sum of $365.00, making a total of $13,365.00 for which let execution issue.

DONE AND ORDERED at Sarasota, Sarasota County, Florida.

4/27/2025 8:50 PM 2025 CC 008322 SC
JUDGE
e-Signed 4/27/2026 8:50 PM 2025 CC 008322 SC

Copies to:
Lisa DiSalle, Esquire
Florida Bar No.: 186236
Joshua James Knurr, Esquire
Florida Bar No.: 1016695
Staff Attorneys for the Plaintiff
American Express National Bank
9550 Regency Square Blvd.
Suite 410
Jacksonville, FL 32225
(877) 305-0433
Primary Email: flpleadings@aexp.com
Secondary Service Email:
Lisa.DiSalle@aexp.com;
Joshua.J.Knurr@aexp.com

DUSTIN HAWLEY
a/k/a DUSTIN M HAWLEY
623 Albee Farm Road North
Nokomis FL, 34275