# EXHIBIT N

Department of Health - Office of Vital Statistics

______________________ (STATE FILE NUMBER)

# STATE OF FLORIDA
# MARRIAGE RECORD

TYPE IN UPPER CASE

USE BLACK INK

This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

2026 ML 001786

(APPLICATION NUMBER)

## APPLICATION TO MARRY

| | | | |
|---|---|---|---|
| 1. NAME OF SPOUSE *(First, Middle, Last)* DUSTIN MICHAEL HAWLEY | | 1b. MAIDEN SURNAME *(if applicable)* | 2. DATE OF BIRTH *(Month, Day, Year)* [redacted] |
| 3a. RESIDENCE - CITY, TOWN, OR LOCATION NOKOMIS | 3b. COUNTY SARASOTA | 3c. STATE FLORIDA | 4. BIRTHPLACE *(State or Foreign Country)* FLORIDA |
| 5. NAME OF SPOUSE *(First, Middle, Last)* ORLANDO RODRIGO LOYO GONZALEZ | | 5b. MAIDEN SURNAME *(if applicable)* | 6. DATE OF BIRTH *(Month, Day, Year)* [redacted] |
| 7a. RESIDENCE - CITY, TOWN, OR LOCATION NOKOMIS | 7b. COUNTY SARASOTA | 7c. STATE FLORIDA | 8. BIRTHPLACE *(State or Foreign Country)* MEXICO |

CIRCUIT COURT SARASOTA COUNTY FLORIDA SUUM CUIQUE SEAL

WE THE APPLICANTS NAMED IN THIS CERTIFICATE, EACH FOR HIMSELF OR HERSELF, STATE THAT THE INFORMATION PROVIDED ON THIS RECORD IS CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR THE ISSUANCE OF A LICENSE TO AUTHORIZE THE SAME IS KNOWN TO US AND HEREBY APPLY FOR LICENSE TO MARRY.

| | |
|---|---|
| 9. SIGNATURE OF SPOUSE *(Sign full name using black ink)* [signature] | 10. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE) 06/18/2026 |
| 11. TITLE OF OFFICIAL Deputy Clerk | 12. SIGNATURE OF OFFICIAL *(Use black ink)* ▸ Cheryl Fiorendino |
| 13. SIGNATURE OF SPOUSE (Sign full name using black ink) ▸ [signature] | 14. SUBSCRIBED AND SWORN TO BEFORE ME ON (DATE) 06/18/2026 |
| 15. TITLE OF OFFICIAL Deputy Clerk | 16. SIGNATURE OF OFFICIAL *(Use black ink)* ▸ Cheryl Fiorendino |

## LICENSE TO MARRY

CIRCUIT COURT SARASOTA COUNTY FLORIDA SUUM CUIQUE SEAL

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF FLORIDA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF FLORIDA AND TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. THIS LICENSE MUST BE USED ON OR AFTER THE EFFECTIVE DATE AND ON OR BEFORE THE EXPIRATION DATE IN THE STATE OF FLORIDA IN ORDER TO BE RECORDED AND VALID.

| | | | |
|---|---|---|---|
| 17. COUNTY ISSUING LICENSE SARASOTA | 18. DATE LICENSE ISSUED 06/18/2026 | 18a. DATE LICENSE EFFECTIVE 06/21/2026 | 19. EXPIRATION DATE 08/16/2026 |
| 20a. SIGNATURE OF COURT CLERK OR JUDGE ▸ Karen E Rushing | 20b. TITLE KAREN E. RUSHING CLERK OF THE CIRCUIT COURT | | 20c. BY D.C. CF |

## CERTIFICATE OF MARRIAGE

CIRCUIT COURT SARASOTA COUNTY FLORIDA SUUM CUIQUE

I HEREBY CERTIFY THAT THE ABOVE NAMED SPOUSES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA.

| | |
|---|---|
| 21. DATE OF MARRIAGE *(Month, Day, Year)* 7/1/2026 | 22. CITY, TOWN, OR LOCATION OF MARRIAGE Venice, Florida |
| 23a. SIGNATURE OF PERSON PERFORMING CEREMONY *(Use black ink)* ▸ Cheryl Fiorendino | 23c. ADDRESS *(Of person performing ceremony)* 4004 S. Tamiami Trail, Venice |
| 23b. NAME AND TITLE OF PERSON PERFORMING CEREMONY *(Or notary stamp)* Cheryl Fiorendino Deputy Clerk | 24. SIGNATURE OF WITNESS TO CEREMONY *(Use black ink)* ▸ |
| | 25. SIGNATURE OF WITNESS TO CEREMONY *(Use black ink)* ▸ |

69 - 1874

INFORMATION BELOW FOR USE BY VITAL STATISTICS ONLY - NOT TO BE RECORDED

[redacted]