# EXHIBIT O

Department of Health

# License Verification

Printer Friendly Version

## ORLANDO RODRIGO LOYO GONZALEZ

## License Number: OTA19544

*Data As Of 8/6/2026*

License Information | Secondary Locations | Discipline/Admin Action

| | |
|---|---|
| Profession | Occupational Therapy Assistant |
| License | OTA19544 |
| License Status | Clear/Active |
| License Expiration Date | 2/28/2027 |
| License Original Issue Date | 07/05/2023 |
| Address of Record | 623 ALBEE FARM RD N<br>FL<br>NOKOMIS, FL 34275 |
| Discipline on File | No |
| Public Complaint | No |

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.

Primary Source Verified

Privacy Statement | Disclaimer | Email Advisory | Accessibility

© 2026 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services