EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff/Counterclaim Defendant,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant/Counterclaim Plaintiff.**
______________________________________/

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| **Objections Table** | |
|---|---|
| * | Exhibits to be received in evidence by agreement during SAA's presentation of its case |
| A | Fed. R. Evid. 901 –Authentication |
| B | Fed. R. Evid. 1002 –Best Evidence |
| C | Improper composite; multiple documents |
| D | Duplicate |
| E | Fed. R. Evid. 703 – Bases of Expert's Opinion not Admissible |
| F | Lack of Foundation |
| H | Fed. R. Evid. 802 – Hearsay |
| I | Contains an Inadmissible matter |
| INC | Fed. R. Evid. 106 – Rule of Completeness |
| MIL | Incorporating arguments raised in cited Motion in *Limine* |
| R | Fed. R. Evid. 402 – Relevance |

| Objections Table | |
|---|---|
| S | Fed. R. Evid. 1006 - Summary Evidence |
| SET | Fed. R. Evid. 408 – Settlement Offers and Negotiations |
| UP | Fed. R. Evid. 403 - Excluding Relevant Evidence for Prejudice, Confusion,<br>Misleading, Cumulative, Wasting Time |
| UT | Untimely - not produced or produced after close of fact discovery (*see* Fed. R. Civ. P. 37(c)(1)) |
| W | Exhibit withdrawn |

# EXHIBIT LIST

____ **Government** _X__ **Plaintiff** ______ **Defendant** _____ **Court**

**Case No.** **6:23-cv-1563-PGB-DCI**
**Style:** **Sanford Airport Authority v. Greater Orlando Airport Authority**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| PX-1 | | | George Speake | * | SAA 2017 Annual Report (Sanford005637-5641) |
| PX-2 | | | George Speake | * | SAA Board Resolution dated April 4, 1995 (Sanford00000001) |
| PX-3 | | | George Speake | * | Trademark Application for ORLANDO SANFORD INTERNATIONAL AIRPORT (Serial No. 87115958) (GOAA 000103-000110) |
| PX-4 | | | George Speake | * | Trademark Application for OrlandoSanford INTERNATIONAL AIRPORT We Are SFB: Simpler. Faster. Better. (Serial No. 87115959) (GOAA 000149-000156) |
| PX-5 | | | | I, MIL, R, UT | Final CY23 All |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.

EXHIBIT A

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections / Stipulated Admissions[1]** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | George Speake | | Enplanements at U.S. Airports by State |
| PX-6 | | | Jeremy (Jerry) Harris | * | GOAA May 17, 1995 Board Meeting Minutes (GOAA 00351-00360) |
| PX-7 | | | Jeremy (Jerry) Harris | * | June 14, 1995 Memorandum (GOAA 003500 -003507) |
| PX-8 | | | Jeremy (Jerry) Harris | * | GOAA June 21, 1995 Board Meeting Agenda Assignments (GOAA 00940-00961) |
| PX-9 | | | Jeremy (Jerry) Harris | * | GOAA June 21, 1995 Board Meeting Minutes (GOAA 00361-00368) |
| PX-10 | | | Jeremy (Jerry) Harris | * | June 30, 1995 Letter from Robert B. Bullock to Stephen J. Cooke (Sanford000697-699) |
| PX-11 | | | Jeremy (Jerry) Harris | * | GOAA July 5, 1995 Board Meeting Minutes (GOAA 00369-00374) |
| PX-12 | | | Jeremy (Jerry) Harris | * | GOAA November 5, 1997 Board Meeting Minutes (GOAA 000375-00382) |
| PX-13 | | | Jeremy (Jerry) Harris | * | GOAA December 18, 1997 Board Meeting Minutes (GOAA 00383-399) |
| PX-14 | | | Jeremy (Jerry) Harris | I, MIL, R, UT | Metroplan Orlando Tracking the Trends report June 2016 (SANFORD-MDFLA-001747-001807) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| PX-15 | | | | | OMITTED |
| PX-16 | | | | | OMITTED |
| PX-17 | | | Jeremy (Jerry) Harris | I, MIL, R, UT, H | May 4, 1998 Orlando Sentinel Newspaper Article (SANFORD-MDFLA-0001128-29) |
| PX-18 | | | | | OMITTED |
| PX-19 | | | Jeremy (Jerry) Harris | | OMITTED |
| PX-20 | | | Betty Cardenas-Quintero | * | GOAA January 19, 2024 Palitos form |
| PX-21 | | | | * | OMITTED |
| PX-22 | | | Jeremy (Jerry) Harris | | OMITTED |
| PX-23 | | | Jeremy (Jerry) Harris | B | Defendant's Responses and Objections to Plaintiff's First Interrogatories |
| PX-24 | | | Jeremy (Jerry) Harris | B | Defendant's Responses and Objections to Plaintiff's Second Interrogatories |
| PX-25 | | | Jeremy (Jerry) Harris | B | Defendant's Responses to Plaintiff's Third Interrogatories |
| PX-26 | | | Jeremy (Jerry) Harris | B | Defendant's Responses and Objections to Plaintiff's |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections / Stipulated Admissions[1]** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | | | First Request for Admissions |
| PX-27 | | | Jeremy (Jerry) Harris | B | Defendant's Responses and Objections to Plaintiff's Second Request for Admissions |
| PX-28 | | | Lauren Rowe | * | USPTO Notice of Publication for 87-115,958 (SANFORD-MDFLA-000011) |
| PX-29 | | | Lauren Rowe | * | USPTO Notice of Publication for 87-115,959 (SANFORD-MDFLA-000070) |
| PX-30 | | | | | OMITTED |
| PX-31 | | | | | OMITTED |
| PX-32 | | | George Speake | * | Letters from 1996-1997 (SANFORD-MDFLA-000113-SANFORD-MDFLA-000121) |
| PX-33 | | | George Speake | * | November 6, 2005 Newspaper Article (SANFORD-MDFLA-000124) |
| PX-34 | | | George Speake | R, H, UP | December 1, 1997 Newspaper Article (SANFORD-MDFLA-000125) |
| PX-35 | | | George Speake | * | February 24, 2005 Newspaper Article (SANFORD-MDFLA-000127) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| PX-36 | | | George Speake | * | February 9, 2004 Newspaper Article (SANFORD-MDFLA-000128) |
| PX-37 | | | George Speake | * | May 15, 2007 Newspaper Article (SANFORD-MDFLA-000129) |
| PX-38 | | | George Speake | * | June 12, 20006 Newspaper Article (SANFORD-MDFLA-000133) |
| PX-39 | | | George Speake | * | June 22, 20006 Newspaper Article (SANFORD-MDFLA-000135) |
| PX-40 | | | George Speake | * | June 5, 1995 Newspaper Article (SANFORD-MDFLA-000136) |
| PX-41 | | | George Speake | R, UP, H | June 12, 1995 Newspaper Article (SANFORD-MDFLA-000137) |
| PX-42 | | | George Speake | * | July 31, 2003 Newspaper Article (SANFORD-MDFLA-000138) |
| PX-43 | | | | | OMITTED |
| PX-44 | | | George Speake | * | February 20, 2012 Newspaper Article (SANFORD-MDFLA-000159) |
| PX-45 | | | George Speake | * | July 10, 2017 Newspaper Article (SANFORD-MDFLA-000159) |
| PX-46 | | | George Speake | * | November 7, 2010 Newspaper Article (SANFORD-MDFLA- |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 000165) |
| PX-47 | | | George Speake | R, UP | August 27, 2009 Newspaper Article (SANFORD-MDFLA-000166) |
| PX-48 | | | George Speake | R, UP | January 5, 2016 Newspaper Article (SANFORD-MDFLA-000168) |
| PX-49 | | | George Speake | * | May 29-June 4, 1995 Newspaper Article (SANFORD-MDFLA-000173-176) |
| PX-50 | | | Lauren Rowe | R, UP | UCF Ad (SANFORD-MDFLA-000182) |
| PX-51 | | | Lauren Rowe | | Advertisement (SANFORD-MDFLA-000207) |
| PX-52 | | | George Speake | * | Sanford Adopted Comprehensive Annual Report FY 2018-2019 (SANFORD-MDFLA-000374-SANFORD-MDFLA-000450) |
| PX-53 | | | George Speake | R, UP | April 5, 2015 Newspaper Article (SANFORD-MDFLA-000119) |
| PX-54 | | | George Speake | * | April 5, 2015 Newspaper Article (SANFORD-MDFLA-001110) |
| PX-55 | | | George Speake | R, UP | August 21, 1995 Newspaper Article (SANFORD-MDFLA-001125) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| PX-56 | | | Lauren Rowe | MIL, UT | June 26, 2025 Enterprise Website |
| PX-57 | | | George Speake | R, MIL, UT | February 3, 2009 Board Minutes |
| PX-58 | | | George Speake | R, MIL, UT, H | University of Nebraska 2008 Bird Strike Committee USA Annual Meeting |
| PX-59 | | | Lauren Rowe | MIL, UT | Allegiant Airlines Website Screenshot |
| PX-60 | | | George Speake | MIL, UT, R, H | Newspapers Clippings (SANFORD-MDFLA-001125- SANFORD-MDFLA-001136) |
| PX-61 | | | | | OMITTED |
| PX-62 | | | Jeremy (Jerry) Harris | H | November 29, 2005 Article – Regional Airport Abuzz |
| PX-63 | | | Jeremy (Jerry) Harris | * | July 10, 2007 Article – Small Plane Crash |
| PX-64 | | | George Speake | H, MIL, UT | April 21, 2025 Article |
| PX-65 | | | | | OMITTED |
| PX-66 | | | | | OMITTED |
| PX-67 | | | George Speake | H, MIL, UT | June 6, 1995 Article |
| PX-68 | | | Jeremy (Jerry) Harris | * | May 1, 2004 Orlando International Welcomes |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections / Stipulated Admissions[1]** | **Description of Exhibit** |
|---|---|---|---|---|---|
| | | | | | Allegiant Air (GOAA 007143) |
| PX-69 | | | George Speake | R, MIL, UT, H | September 29, 1996 Article (SANFORD-MDFLA-001126) |
| PX-70 | | | George Speake | R, MIL, UT, H, UP | May 3, 1998 Article (SANFORD-MDFLA-001127) |
| PX-71 | | | George Speake | R, MIL, UT, H, UP | May 4, 1998 Article (SANFORD-MDFLA-001128) |
| PX-72 | | | George Speake | R, INC, MIL, UT, H, UP | May 4, 1998 Article (SANFORD-MDFLA-001129) |
| PX-73 | | | George Speake | MIL, UT, H, UP | September 18, 1998 Article (SANFORD-MDFLA-001130) |
| PX-74 | | | George Speake | MIL, UT, H, UP | November 18, 1998 Article (SANFORD-MDFLA-001131) |
| PX-75 | | | George Speake | MIL, UT, H, UP | May 7, 1999 Article (SANFORD-MDFLA-001132) |
| PX-76 | | | George Speake | MIL, UT | April 14, 1999 Article (SANFORD-MDFLA-001133) |
| PX-77 | | | George Speake | * | April 24, 1999 Article (SANFORD-MDFLA-001134) |
| PX-78 | | | George Speake | R, MIL, UT | June 27, 1999 Article (SANFORD-MDFLA-001135) |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witnesses** | **Objections / Stipulated Admissions[1]** | **Description of Exhibit** |
|---|---|---|---|---|---|
| PX-79 | | | George Speake | R, MIL, UT | July 16, 1999 Article (SANFORD-MDFLA-001136) |
| PX-80 | | | George Speake | MIL, UT, UP | September 29, 1999 Article (SANFORD-MDFLA-001137) |
| PX-81 | | | George Speake | MIL, UT, UP | October 4, 1999 Article (SANFORD-MDFLA-001138) |
| PX-82 | | | George Speake | R, MIL, UT, UP | June 2017 Central Florida MPO Planning Alliance (SANFORD-MDFLA-001139-SANFORD-MDFLA-001172) |
| PX-83 | | | George Speake | R, MIL, UT, UP | 2006 Tracking the Trends (SANFORD-MDFLA-001173-SANFORD-MDFLA-001315) |
| PX-84 | | | George Speake | R, MIL, UT, UP | 2007 Tracking the Trends (SANFORD-MDFLA-001316-SANFORD-MDFLA-001467) |
| PX-85 | | | George Speake | R, MIL, UT, UP | 2008 Tracking the Trends (SANFORD-MDFLA-001468-SANFORD-MDFLA-001567) |
| PX-86 | | | George Speake | R, MIL, UT, UP | 2005-2010 Tracking the Trend (SANFORD-MDFLA-001568-SANFORD-MDFLA-001625) |
| PX-87 | | | George Speake | R, MIL, UT, UP | May 2013 Tracking the Trends (SANFORD-MDFLA-001626-SANFORD-MDFLA- |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 001687) |
| PX-88 | | | George Speake | R, MIL, UT, UP | September 2015 Tracking the Trends (SANFORD-MDFLA-001688-SANFORD-MDFLA-001746) |
| PX-89 | | | George Speake | R, MIL, UT, UP | June 2016 Tracking the Trends (SANFORD-MDFLA-001747-SANFORD-MDFLA-001807) |
| PX-90 | | | George Speake | R, MIL, UT, UP | Tracking the Trends A Look Back at 2009 Transportation System Performance in Central Florida (SANFORD-MDFLA-001808-SANFORD-MDFLA-001906) |
| PX-91 | | | George Speake | R, MIL, UT, UP | 2007 – 2011 Tracking the Trends (SANFORD-MDFLA-001907-SANFORD-MDFLA-001964) |
| PX-92 | | | Lauren Rowe | * | Allegiant Sanford Advertisement (Sanford000531) |
| PX-93 | | | George Speake | * | January 6, 1998 Fax to Mayor Dale (Sanford000618-621) |
| PX-94 | | | George Speake | * | April 14, 1995 SAA Board Minutes (Sanford000641-644) |

EXHIBIT A

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| PX-95 | | | George Speake | * | May 18, 20024 Letter to FAA re Name Change (Sanford000657-658) |
| PX-96 | | | | | OMITTED |
| PX-97 | | | George Speake | H, UP | July 2, 1995 Orlando Sentinel Articles (Sanford000683-696) |
| PX-98 | | | | | OMITTED |
| PX-99 | | | Lauren Rowe | MIL, R, UT | Composite Travel Search Website Screenshots |
| PX-100 | | | Lauren Rowe | MIL, R, UT | Composite Travel Search Website Screenshots |
| PX-101 | | | George Speake | MIL, R, UT | 05/19/2021 AFD Chart Search Results |
| PX-102 | | | George Speake | MIL, R, UT | 07/16/2025 AFD Chart Search Results |
| PX-103 | | | George Speake | MIL, R, UT | 07/16/2025 Airline and Airport Code Search |
| PX-104 | | | Lauren Rowe | C, MIL, R, UT, UP | Historical webpages and social media |
| PX-105 | | | Lauren Rowe | * | Marketing Samples |
| PX-106 | | | Jeremy (Jerry) Harris / Betty Cardenas-Quintero | R, MIL, UT, UP | MCO Frequently Asked Questions |