EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant.**
_______________________________/

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S EXHIBIT LIST**

| Objections Table | |
|---|---|
| * | Exhibits to be received in evidence by agreement during SAA's presentation of its case |
| A | Fed. R. Evid. 901 –Authentication |
| B | Fed. R. Evid. 1002 –Best Evidence |
| C | Improper composite; multiple documents |
| D | Duplicate |
| E | Fed. R. Evid. 703 – Bases of Expert's Opinion not Admissible |
| F | Lack of Foundation |
| H | Fed. R. Evid. 802 – Hearsay |
| I | Contains an Inadmissible matter |
| INC | Fed. R. Evid. 106 – Rule of Completeness |
| MIL | Incorporating arguments raised in cited Motion in *Limine* |
| R | Fed. R. Evid. 402 – Relevance |
| S | Fed. R. Evid. 1006 - Summary Evidence |

EXHIBIT B

| Objections Table | |
|---|---|
| SET | Fed. R. Evid. 408 – Settlement Offers and Negotiations |
| UP | Fed. R. Evid. 403 - Excluding Relevant Evidence for Prejudice, Confusion,<br>Misleading, Cumulative, Wasting Time |
| UT | Untimely - not produced or produced after close of fact discovery (*see* Fed. R. Civ. P. 37(c)(1)) |
| W | Exhibit withdrawn |

**_____Government _____ Plaintiff _____Defendant _____Court**

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 1. | | | Jerry Harris | | Registration Certificate for the Orlando International Airport & Design Mark |
| 2. | | | Jerry Harris | **E, H, F, UP** | File History for the Orlando International Airport & Design Mark |
| 3. | | | Jerry Harris / Victoria Jaramillo | | Composite Exhibit of Advertising and Marketing Material for the Orlando International Airport Mark |
| 4. | | | Jerry Harris / Victoria Jaramillo | **C, I, H** | List of awards won by the Orlando International Airport |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 5. | | | Jerry Harris / Victoria Jaramillo | | Pages from the orlandoairports.net site showing use of GOAA's marks |
| 6. | | | Jerry Harris / Victoria Jaramillo | | Pages from the flymco.com site showing use of GOAA's marks |
| 7. | | | Jerry Harris / Victoria Jaramillo | **H** | Website Screenshots From Social Media Showing Use of the Orlando International Airport Mark |
| 8. | | | Jerry Harris / Betty Cardenas-Quintero / Magda Bazelais / Paola Mastrantonio-Desantis | **A, C, F, I, H, INC, MIL, UT, UP** | Palitos Form Example |
| 9. | | | Jerry Harris / Betty Cardenas-Quintero / Magda Bazelais / Paola Mastrantonio-Desantis | **A, F, H, I, MIL, S, UP** | Palitos Numbers by Year |
| 10. | | | Jerry Harris / George Speake | **A, F, H, I, D, UP** | Complaint in the GOAA v. MLB case |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 11. | | | Jerry Harris / George Speake | **A, F, H, I, D, UP** | Consent and License Agreement Between the Orlando International Airport and the Melbourne Airport Authority |
| 12. | | | Jerry Harris | **A, C, F, H, I, R, S, UP** | Composite Exhibit of Successful Trademark Enforcement Efforts for the Orlando International Airport Mark |
| 13. | | | Jerry Harris / Betty Cardenas-Quintero / Magda Bazelais / Paola Mastrantonio-Desantis | **A, F, H, I, INC, R, S, UP** | GOAA Information Desk Manual with Directions on How to Handle Sanford Confusion Inquiries |
| 14. | | | Jerry Harris / Betty Cardenas-Quintero / Magda Bazelais / Paola Mastrantonio-Desantis | **A, F, H, I, R, UP, UT** | GOAA's Information Desk Directory With Map of the Sanford Airport |
| 15. | | | Jeanette Seligson | **A, F, H, I, INC, S, UP** | Exhibit 2 to the Enterprise Depo Compiling List of |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | Cars Booked at One Airport and Picked Up at the Other |
| 16. | | | Sarah Richardson/ Jennifer Janchar / Victoria Jaramillo | **A, F, H, I, MIL, S, UP** | Exhibit 2 to the Allegiant Depo re "25% of flights" confusion |
| 17. | | | Jeremy Harris / George Speake | | Pages from flysfb.com |
| 18. | | | | **W** | REMOVED |
| 19. | | | Jerry Harris / George Speake / Lauren Rowe | * | Composite of advertising material for the Orlando Sanford International Airport |
| 20. | | | Jerry Harris | **A, F, H, INC, MIL, R, UP** | Jessica Keelan feedback form submitted to GOAA (GOAA 00001) |
| 21. | | | Lee Hoffman (via deposition) | **A, B, F, H, MIL** | Lee Hoffman feedback form submitted to GOAA (GOAA 000002) |
| 22. | | | Thomas Woodle (via deposition) | **A, B, F, H, MIL** | Ed Allen feedback form submitted to GOAA (GOAA 000003) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 23. | | | Jerry Harris | **A, F, H, MIL, R,UP** | Keahla White feedback form submitted to GOAA (GOAA 000008) |
| 24. | | | Jerry Harris / posting party | **A, F, H, INC, MIL, R, UT, UP (UNDISCLOSED WITNESS)** | Eileen Maguire feedback form submitted to GOAA (GOAA 000007) |
| 25. | | | Jerry Harris | **A, F, H, UP** | Frommers article on trademark confusion |
| 26. | | | | **W** | REMOVED |
| 27. | | | Jerry Harris | **A, F, H, UP** | Airport Names Are a Ticket to Confusion article |
| 28. | | | Jerry Harris / Betty Cardenas-Quintero | **A, F, H, MIL, UP** | Confusion calls and letter relating to Allegiant from 2017-2018 |
| 29. | | | Jerry Harris / posting party | **A, F, H, MIL, UP, UT (undisclosed witness)** | Nikki Rohde email to GOAA (GOAA 000046-47) |
| 30. | | | Jerry Harris / posting party | **A, F, H, MIL, UP, UT (undisclosed witness)** | Online confusion post from Torgal (GOAA 7090) |
| 31. | | | | **W** | REMOVED |
| 32. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Stocking Mill Coffee (GOAA 007095) |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 33. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Robert Hill, Jr. (GOAA 007053) |
| 34. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Glenn Key |
| 35. | | | | **W** | REMOVED |
| 36. | | | Jerry Harris / posting party | **A, F, H, INC, F, MIL, UP** | Online confusion post from Fallen Angel |
| 37. | | | Jerry Harris / posting party | **A, F, H, INC, F, MIL, UP** | Online confusion post from Eric Little |
| 38. | | | Jerry Harris / posting party | **A, F, H, I, MIL, UP** | Online confusion post from Jalbert |
| 39. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Jeff Hawkins |
| 40. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Jeff Mayer |
| 41. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Jimmy Coe |
| 42. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Jonathan Glass |
| 43. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Justin Skinner |
| 44. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Matt Las Vegas |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 45. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Mazikeen |
| 46. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Mike Beuchner |
| 47. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Mike Nashree |
| 48. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Ms. Peel Wannabe |
| 49. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Natalie Brown |
| 50. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Protest White Claws |
| 51. | | | | **W** | REMOVED |
| 52. | | | Jerry Harris / posting party | **A, B, F, H, INC, MIL, UP** | Online confusion post from Victoria Thompson |
| 53. | | | | **W** | REMOVED |
| 54. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Self Checkout Cashier |
| 55. | | | Jerry Harris | **A, F, H, MIL, UP** | Online confusion post from Skunky |
| 56. | | | Jerry Harris | **A, F, H, MIL, UP** | Online confusion post from Stephanie Crabtree |
| 57. | | | Jerry Harris / posting party | **A, F, H, MIL, UP** | Online confusion post from Tami Shador |
| 58. | | | Jerry Harris / posting party | **A, H, F, MIL, UP** | Online confusion post from the FAM |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 59. | | | Jerry Harris / George Speake | **A, C, F, H, R, UP, UT** | Page from the Lakeland International Airport promoting proximity to Orlando |
| 60. | | | Jerry Harris / George Speake | **A, C, F, H, R, UP, UT** | Page from the Daytona Beach International Airport promoting proximity to Orlando |
| 61. | | | Jerry Harris / George Speake | **A, C, F, H, R, UP, UT** | Page from the Tampa International Airport promoting proximity to Orlando |
| 62. | | | George Speake / Lauren Rowe | **A, C, F, H, R, UP, UT** | Composite of registrations for marks containing geographically descriptive terms |
| 63. | | | Jerry Harris / | **C, H, R, I, 703, MIL** | GOAA annual reports for 2019-2024 |
| 64. | | | George Speake / Jerry Harris | **C, H, R, I, 703, MIL** | Sanford financial statements for 2019-2024 |
| 65. | | | Jerry Harris / George Speake | * | Sentinel Article from February 3, 1999 (Dkt. 44-7) |
| 66. | | | Jerry Harris / George Speake | * | Sentinel Article from May 16, 1999 )Dkt. 44-8) |

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 67. | | | Jerry Harris / George Speake / Lauren Rowe | **A, B, F, INC** | Minutes of the March 7, 1995 Board Minutes of the Sanford Airport Authority |
| 68. | | | Jerry Harris | * | Memorandum of June 14, 1995 from GOAA's General Counsel, Egerton van den Berg, Regarding Potential Confusion |
| 69. | | | Jerry Harris | * | Letter of June 30, 1995 from GOAA Board Chairman, Bob Hattaway, to Stephen J. Cooke at the Sanford Airport Authority |
| 70. | | | George Speake / Jerry Harris | * | File history for the Orlando Sanford International Airport word mark |
| 71. | | | George Speake / Jerry Harris | * | File history for the Orlando Sanford International Airport & Design mark |
| 72. | | | George Speake / Jerry Harris | **A, F, H, I, MIL, UP, R** | TTAB Order Denying Registration for Sanford's Marks |

EXHIBIT B

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 73. | | | Jerry Harris/ Victoria Jaramillo | **A, F, H, I** | List of GOAA board members from 1993-1997 |
| 74. | | | Jerry Harris / George Speake / Lauren Rowe | | Composite Exhibit of social media pages for Sanford |
| 75. | | | Jerry Harris / George Speake / Lauren Rowe | **A, F, R, H** | Sanford Air Service Development Program |
| 76. | | | Jerry Harris / George Speake / Lauren Rowe | **A, F, H** | Wikipedia page for Sanford |
| 77. | | | Nicole Martz / George Speake | **B, R, UP** | Sanford's response to GOAA's First Interrogatories |
| 78. | | | Nicole Martz / George Speake | **B, R, UP** | Sanford's response to GOAA's Second Interrogatories |
| 79. | | | Nicole Martz / George Speake | **B, R, UP** | Sanford's supplemental response to GOAA's Second Interrogatories |
| 80. | | | Nicole Martz / George Speake | **B, R, UP** | Sanford's response to GOAA's Third Interrogatories |
| 81. | | | Nicole Martz / George Speake | **B, R, UP** | Sanford's response to GOAA's First Request for Admissions |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 82. | | | Betty Cardenas-Quintero / Paula Mastrantonio -Desantis / Magda Bazelais | **A, F, H** | List of confusion witnesses who left contact information with GOAA |
| 83. | | | Jerry Harris / Victoria Jaramillo | **A, F, H, UP** | Frommers 2024 Article |
| 84. | | | Jerry Harris / Victoria Jaramillo | **A, F, H** | Google search for "airports near Orlando" |
| 85. | | | Jerry Harris / Victoria Jaramillo / George Speake | **F, INC, MIL, 703, R** | Sanford PFC Collections 2021-2024 |
| 86. | | | Jery Harris / Victoria Jaramillo | **R** | GOAA Terminal C Brochure |
| 87. | | | Jerry Harris / Victoria Jaramillo | * | GOAA Press Release on Sanford Confusion |
| 88. | | | George Speake | * | Sanford 1997 Letter Re Name Change |
| 89. | | | George Speake | | Stephen Cooke Fax of 1-6-98 |
| 90. | | | Jennifer Janchar (via depo)/ Sarah Richardson | **H, R, UP** | Email between Sarah Richardson and Jennifer Janchar |
| 91. | | | | * | Exhibits Properly Before the Court |

EXHIBIT B

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | on Sanford's Exhibit List |