EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff/Counterclaim Defendant,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant/Counterclaim Plaintiff.**
_______________________________________/

**JOINT TRIAL EXHIBIT LIST**

# EXHIBIT LIST

____ **Government** ____ **Plaintiff** ______ **Defendant** **X Joint**

**Case No.** **6:23-cv-1563-PGB-DCI**
**Style:** **Sanford Airport Authority v. Greater Orlando Airport Authority**

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| JX-1 | | | George Speake / Jeremy (Jerry)Harris | * | February 3, 1999 Article |
| JX-2 | | | George Speake / Jeremy (Jerry)Harris | * | May 16, 1999 Article |
| JX-3 | | | Jeremy (Jerry) Harris | * | June 14, 1995 Memo re April 14, 1995 Action of Sanford Airport (Sanford000675-682) |
| JX-4 | | | George Speake | * | June 30, 1995 Letter to Stephen Cooke (Sanford000697-703) |
| JX-5 | | | George Speake / Jeremy (Jerry)Harris | * | Prosecution History for ORLANDO SANFORD INTERNATIONAL AIRPORT (SANFORD-MDFLA- |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.

EXHIBIT C

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| | | | | | 000001-SANFORD-MDFLA-000057) |
| JX-6 | | | George Speake / Jeremy (Jerry)Harris | * | Prosecution History for ORLANDO SANFORD INTERNATIONAL AIRPORT WE ARE SFB: SIMPLE. FASTER. BETTER. (SANFORD-MDFLA-000058-SANFORD-MDFLA-000106) |
| JX-7 | | | Jeremy (Jerry) Harris / Victoria Jaramillo | * | May 1, 2004 Orlando International Welcomes Allegiant Air (GOAA 007143) |