EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff/Counterclaim Defendant,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant/Counterclaim Plaintiff.**
**__________________________________________/**

**PLAINTIFF'S TRIAL WITNESS LIST**

Pursuant to this Court's 3rd Amended Case Management and Scheduling Order dated July 18, 2025 (Doc. 56) and Local Rule 3.06, Plaintiff/Counterclaim Defendant Sanford Airport Authority ("SAA") identifies the following witnesses that SAA expects to present at trial and those it may call if the need arises.

**Will Likely Be Called**

1. George Speake
   Executive Vice President/Deputy CEO
   Sanford Airport Authority
   c/o Plaintiff's counsel

2. Lauren Rowe
   Director Of Communications

Sanford Airport Authority
c/o Plaintiff's counsel

3. Nicole Martz
CEO
Sanford Airport Authority
c/o Plaintiff's counsel

4. Brian M. Sowers (Expert Witness)
Applied Marketing Science
78 Blanchard Rd, Suite 203,
Burlington MA 01803

**<u>May Be Called</u>**

5. Jeremy (Jerry) Harris
Assistant Vice President of Marketing
Greater Orlando Aviation Authority
c/o Defendant's counsel

6. Betty Cardenas-Quintero
Assistant Manager of Customer Service
Greater Orlando Aviation Authority
c/o Defendant's counsel

7. Victoria Jaramillo
Executive Vice President and
Chief Development Officer
Greater Orlando Aviation Authority
c/o Defendant's counsel

8. Jennifer Janchar
General Manager, SFB Base
Allegiant Travel Company
c/o Laura Overton
General Counsel and VP of Legal Affairs

Allegiant Travel Company
1201 N Town Center Dr
Las Vegas, NV 89144

In addition to the witnesses identified above, Plaintiff reserves the right to call any witnesses identified on Defendant's trial witness list, impeachment and rebuttal witnesses, and any additional witnesses to the extent permitted by the Local Rules and Federal Rules of Civil Procedure.