EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant.**
_________________________________/

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S WITNESS LIST**

Defendant/ Counterclaim Plaintiff, the Greater Orlando Aviation Authority, submits the following list of trial witnesses who may be called to provide testimony in this matter:

| Witness No. | Witness | Address | Summary of Testimony | Will Call/ May Call |
|---|---|---|---|---|
| 1. | Jeremy Harris | | GOAA corporate representative issues | Will Call |
| 2. | Jeff Donker | | Actual confusion | Will Call |
| 3. | Laura Polivanov | | Actual confusion | May call |
| 4. | Natalie Brown | | Actual confusion | May call |
| 5. | Edward Lawson | | Actual confusion (via deposition) | Will Call |
| 6. | Lee Hoffman | | Actual confusion (via deposition) | Will Call |

EXHIBIT E

| Witness No. | Witness | Address | Summary of Testimony | Will Call/ May Call |
|---|---|---|---|---|
| | | | | |
| 7. | Thomas Woodle | | Actual confusion (via deposition) | Will Call |
| 8. | Betty Cardenas-Quintero | | Actual confusion and GOAA's actions in responding to same | Will Call |
| 9. | Paola Mastrantoni-Desantis | | Actual confusion and GOAA's actions in responding to same | Will Call |
| 10. | Magda Bazelais | | Actual confusion and GOAA's actions in responding to same | May Call |
| 11. | Jeanette Seligson | | Actual confusion with Enterprise Rent-A-Car | Will Call |
| 12. | Angela Howard | | Likelihood of confusion factors and GOAA's operations generally | May call |
| 13. | Brian Engle | | Likelihood of confusion factors | May call |
| 14. | George Speake | | Sanford corporate representative topics | Will Call |
| 15. | Lauren Rowe | | Likelihood of confusion factors | Will Call |
| 16. | Sarah Richardson | | Likelihood of confusion factors | May call |
| 17. | Jennifer Janchar | | Likelihood of confusion factors | May call |

EXHIBIT E

| Witness No. | Witness | Address | Summary of Testimony | Will Call/ May Call |
|---|---|---|---|---|
| 18. | Tawana Allen | | Likelihood of confusion factors | May call |
| 19. | Maria Gabriella Granelli | | Likelihood of confusion factors | Will call |
| 20. | Simon Mishrigi | | Likelihood of confusion factors | May call |
| 21. | Riad Riad | | Likelihood of confusion factors | May call |
| 22. | Maha Suwaid | | Likelihood of confusion factors | May call |
| 23. | Frank Browne | | Likelihood of confusion factors and GOAA's operations generally | May call |
| 24. | Victoria Jaramillo | | Likelihood of confusion factors and GOAA's operations generally | May Call |
| 25. | Colton Kuchta | | Actual confusion | May call |
| 26. | Ed Walsh | | Actual confusion | May call |
| 27. | Angela Manning | | Actual confusion | May call |
| 28. | Mykel Hughes | | Actual confusion | May call |
| 29. | Ermitha Simon | | Actual confusion | May call |
| 30. | Kelly Barnett | | Actual confusion | May call |

EXHIBIT E

| Witness No. | Witness | Address | Summary of Testimony | Will Call/ May Call |
|---|---|---|---|---|
| | | | | |
| 31. | Allison Allianic | | Actual confusion | May call |
| 32. | Cassandra Bakker | | Actual confusion | May call |
| 33. | Jason Taylor | | Actual confusion | May call |
| 34. | Mike Rautenkranz | | Actual confusion | May call |
| 35. | Dawn Dubre | | Actual confusion | May call |
| 36. | Joe Dubre | | Actual confusion | May call |
| 37. | Melony Miller | | Actual confusion | May call |
| 38. | Izziah Baptiste | | Actual confusion | May call |
| 39. | Amber Perry | | Actual confusion | May call |
| 40. | Jeremy Butts | | Actual confusion | May call |
| 41. | Laurie Cook | | Actual confusion | May call |
| 42. | Linda Heffner | | Actual confusion | May call |
| 43. | Sarah Butler | | Strength of mark | Will call |
| 44. | Witnesses on Sanford's Witness List | | Likelihood of confusion and defenses | May call |