EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant.**
_______________________________/

## GOAA'S DEPOSITION DESIGNATIONS

**Lee Hoffman - February 13, 2025**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 4, line 14 | Page 4, line 18 | |
| Page 6, line 21 | Page 8, line 23 | Page 7, line 7 - Page 8, line 23: Fed. R. Evid. 401, 402 |
| Page 9, line 3 | Page 17, line 15 | Page 14, line 12 - Page 14, line 18: Fed. R. Evid. 802<br><br>Page 16, line 20 - Page 17, line 6: Fed. R. Evid. 401, 402 |
| Page 17, line 18 | Page 20, line 20 | Page 19, line 8 - Page 19, line 11: Fed. R. Evid. 401, 402 |

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 27, line 11 | Page 32, line 16 | |

**Counter-Designations**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 15, line 14 | Page 16, line 10 | Should include the question starting on page 15, line 10 |
| Page 17, line 20 | Page 18, line 1 | |
| Page 20, line 13 | Page 20, line 25 | |
| Page 23, line 9 | Page 23, line 15 | |
| Page 24, line 22 | Page 25, line 21 | |
| Page 27, line 11 | Page 27, line 22 | Should include the complete last answer through page 27, line 24 |
| Page 28, line 1 | Page 28, line 12 | |
| Page 29, line 15 | Page 30, line 15 | |
| Page 31, line 4 | Page 32, line 5 | Should include the complete first question at page 31, line 1 |
| Page 33, line 7 | Page 33, line 10 | |
| Page 34, line 3 | Page 34, line 13 | |
| Page 35, line 21 | Page 36, line 2 | |
| Page 38, line 3 | Page 38, line 7 | |
| Page 38, line 14 | Page 38, line 25 | Should include the end of the response at page 39, line 1 |
| Page 39, line 12 | Page 39, line 15 | |

**Thomas Woodle - February 19, 2025**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 4, line 7 | Page 4, line 11 | |
| Page 9, line 3 | Page 10, line 19 | Page 9, line 3 - Page 10, line 3: Fed. R. Evid. 401, 402 |
| Page 12, line 16 | Page 14, line 19 | |
| Page 15, line 1 | Page 15, line 14 | Page 15, line 10 - Page 15, line 14: Fed. R. Evid. 802 |
| Page 16, line 9 | Page 16, line 13 | Page 19, line 9 - Page 16, line 13: Fed. R. Evid. 802 |
| Page 16, line 16 | Page 17, line 12 | Page 17, line 5 - Page 17, line 12: Fed. R. Evid. 401, 402 |
| Page 17, line 20 | Page 18, line 17 | Page 17, line 20 - Page 18, line 13: Fed. R. Evid. 401, 402 |
| Page 19, line 25 | Page 21, line 6 | Page 19, line 25 - Page 21, line 6: Fed. R. Evid. 401, 402 |
| Page 23, line 12 | Page 24, line 18 | Page 23, line 12 - Page 24, line 18: Fed. R. Evid. 401, 402, 403 |
| Page 24, line 25 | Page 25, line 7 | Page 24, line 25 - Page 25, line 7: Fed. R. Evid. 401, 402, 403 |
| Page 25, line 15 | Page 25, line 19 | Page 25, line 15 - Page 25, line 19: Fed. R. Evid. 401, 402 |
| Page 29, line 13 | Page 31, line 2 | |
| Page 41, line 6 | Page 41, line 15 | |
| Page 43, line 3 | Page 43, line 13 | |

**Counter-Designations**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 12, line 20 | Page 12, line 25 | |
| Page 13, line 18 | Page 14, line 4 | Should begin with the question at page 13, line 15 |
| Page 15, line 5 | Page 15, line 9 | |
| Page 16, line 16 | Page 17, line 4 | |
| Page 18, line 18 | Page 19, line 2 | Should include the answer through page 19, line 3 |
| Page 19, line 15 | Page 19, line 19 | |
| Page 23, line 6 | Page 23, line 11 | |
| Page 25, line 20 | Page 26, line 2 | |
| Page 29, line 13 | Page 31, line 2 | |
| Page 31, line 3 | Page 31, line 15 | |
| Page 31, line 24 | Page 34, line 11 | |
| Page 34, line 19 | Page 35, line 1 | |
| Page 35, line 2 | Page 35, line 13 | |
| Page 35, line 14 | Page 36, line 2 | |
| Page 36, line 3 | Page 36, line 24 | |
| Page 37, line 25 | Page 38, line 14 | |
| Page 39, line 20 | Page 40, line 17 | |
| Page 41, line 6 | Page 42, line 1 | |
| Page 42, line 9 | Page 43, line 2 | |
| Page 43, line 3 | Page 43, line 13 | |
| Page 46, line 7 | Page 48, line 3 | FRE 401, 403, 803 |

**Edward Lawson - February 19, 2025**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 4, line 7 | Page 4, line 13 | |
| Page 9, line 12 | Page 11, line 19 | |
| Page 11, line 22 | Page 16, line 4 | Page 14, line 9 - Page 14, line 19: Fed. R. Evid. 802<br><br>Page 14, line 23 - Page 15, line 2: Fed. R. Evid. 802 |
| Page 17, line 13 | Page 17, line 17 | |
| Page 18, line 3 | Page 20, line 2 | Page 18, line 10 - Page 19, line 2: Fed. R. Evid. 401, 402 |
| Page 21, line 21 | Page 22, line 17 | |
| Page 22, line 25 | Page 23, line 4 | |
| Page 23, line 8 | Page 23, line 25 | |
| Page 25, line 16 | Page 26, line 4 | |
| Page 28, line 4 | Page 29, line 1 | Page 28, line 14 - Page 29, line 1: Fed. R. Evid. 401, 402, 403 |
| Page 31, line 4 | Page 31, line 8 | |

**Counter-Designations**

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 11, line 9 | Page 11, line 15 | |
| Page 11, line 22 | Page 12, line 6 | |
| Page 12, line 19 | Page 12, line 22 | |
| Page 13, line 7 | Page 13, line 13 | |
| Page 17, line 5 | Page 17, line 9 | |
| Page 20, line 6 | Page 21, line 20 | |
| Page 23, line 15 | Page 23, line 20 | |
| Page 25, line 16 | Page 26, line 4 | |
| Page 28, line 4 | Page 28, line 9 | |
| Page 30, line 17 | Page 31, line 18 | |

Jennifer Janchar – October 30, 2024

| Begin Page/Line | End Page/Line | Objection |
|---|---|---|
| Page 5, line 15 | Page 6, line 14 | Page 5, line 15 - Page 6, line 9: Fed. R. Evid. 401, 402 |
| Page 7, line 7 | Page 11, line 20 | Page 7, line 7 - Page 7, line 22: Fed. R. Evid. 401, 402<br><br>Page 10, line 5 - Page 10, line 16: Fed. R. Evid. 403 |
| Page 11, line 24 | Page 13, line 6 | Page 12, line 12 - Page 13, line 6: Fed. R. Evid. 403 |
| Page 14, line 2 | Page 14, line 20 | Page 14, line 2 - Page 14, line 14: Fed. R. Evid. 403 |
| Page 14, line 23 | Page 15, line 21 | |
| Page 15, line 24 | Page 16, line 13 | |
| Page 19, line 16 | Page 22, line 8 | Page 19, line 23 - Page 22, line 8: Fed. R. Evid. 401, 402, 403 |
| Page 24, line 24 | Page 25, line 20 | |
| Page 28, line 20 | Page 30, line 1 | |
| Page 30, line 3 | Page 30, line 18 | |
| Page 31, line 22 | Page 33, line 15 | |
| Page 36, line 23 | Page 38, line 17 | Page 37, line 23 - Page 38, line 17: Fed. R. Evid. 403 |
| Page 40, line 18 | Page 40, line 22 | |
| Page 42, line 22 | Page 43, line 22 | |

**Counter-Designations**

| Begin Page/Line | End Page/Line | |
|---|---|---|
| Page 11, line 17 | Page 12, line 10 | |
| Page 13, line 7 | Page 14, line 1 | |
| Page 14, line 14 | Page 15, line 24 | Should start with the beginning of the question on page 14, line 15 |
| Page 16, line 2 | Page 16, line 13 | |
| Page 17, line 10 | Page 19, line 15 | |
| Page 19, line 16 | Page 19, line 22 | |
| Page 22, line 11 | Page 24, line 5 | |
| Page 25, line 21 | Page 26, line 12 | |
| Page 26, line 13 | Page 26, line 22 | |
| Page 26, line 23 | Page 26, line 25 | |
| Page 28, line 20 | Page 30, line 3 | |
| Page 30, line 19 | Page 30, line 25 | Fine if the full answer is provided through page 31, line 6 |
| Page 31, line 22 | Page 32, line 22 | |
| Page 33, line 16 | Page 33, line 25 | |
| Page 34, line 5 | Page 36, line 1 | |
| Page 36, line 11 | Page 36, line 22 | |
| Page 40, line 3 | Page 40, line 9 | |
| Page 40, line 10 | Page 40, line 17 | |
| Page 42, line 13 | Page 43, line 3 | |
| Page 43, line 16 | Page 43, line 22 | |
| Page 47, line 9 | Page 47, line 23 | |
| Page 48, line 4 | Page 50, line 1 | FRE 401, 402 for page 49, line 6 – page 49, line 10 |