**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff/Counterclaim Defendant,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant/Counterclaim Plaintiff.**
**_________________________________________/**

## [SANFORD AIRPORT AUTHORITY'S PROPOSED] VERDICT FORM

**Question One**[1]

Do you find by a preponderance of the evidence that SAA has proven the phrase "Orlando International Airport" is a generic term that the consuming public views as designating a class of goods or services or do you find the mark describes the function, feature, purpose or use of the goods or services?

**Generic, Not a Trademark** ________

**Descriptive, A Trademark** ________

**If you answered "Generic" to Question One, please go to Question Two.**
**If you answered "Descriptive" to Question One, please go to Question Three.**

[1] To be included only if the Court allows Sanford to assert genericness.

**<u>Question Two</u>**

Do you find by a preponderance of the evidence that SAA's use of ORLANDO SANFORD INTERNATIONAL AIRPORT or its design mark cause a likelihood of confusion with GOAA's Registered logo ?

Answer Yes or No ___________

**Please go to Question 4.**

**<u>Question Three</u>**

Do you find by a preponderance of the evidence that SAA's use of ORLANDO SANFORD INTERNATIONAL AIRPORT or its design mark cause a likelihood of confusion with GOAA's trademarks?

Answer Yes or No ___________

**<u>Question Four</u>**

**If you answered No to Question 2 or Question 3, please skip the remaining questions and proceed to the signature requirement at the end of this document.**

If you answered Yes to Question 2 or Question 3, do you find by a preponderance of the evidence that GOAA has suffered actual damages as a result of SAA's use of a confusingly similar mark?

Answer Yes or No ____________

If you answered yes, what amount has GOAA suffered as actual damages?

$______________________________

**<u>Question Five</u>**

Do you find by a preponderance of the evidence that SAA has earned profits attributable to its use of a confusingly similar mark?

Answer Yes or No ____________

If you answered yes, what amount of SAA's profits are attributable to its use of a confusingly similar mark?

$______________________________

SO SAY WE ALL.

___________________________

Foreperson's Signature

DATE: ___________________