**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SANFORD AIRPORT AUTHORITY,**

**Plaintiff/Counterclaim Defendant,** **CASE NO.: 6:23-cv-1563-PGB-DCI**

**v.**

**GREATER ORLANDO AVIATION AUTHORITY,**

**Defendant/Counterclaim Plaintiff.**
______________________________________/

# JOINT PROPOSED VOIR DIRE QUESTIONS

## Familiarity with the Parties, Witnesses, and the Airports

- Do you travel often? If so, do you travel by air?
- Are you familiar with Allegiant Airlines? If so, how?
- Have you flown Allegiant Airlines? What was your experience like?
- When you travel, do you use rental cars available at the airport? Have you had issues with rental car companies at the airport?
- Do you know anything about the Sanford Airport Authority?
- Do you know anything about the Greater Orlando Aviation Authority?

- Are you familiar with the Orlando International Airport?

- Are you familiar with the Orlando Sanford International Airport?

- Have you ever traveled through Orlando Sanford International Airport? Did you have positive or negative experiences that might keep you from being a fair and impartial juror in this case?

- Have you ever traveled through Orlando International Airport? Did you have positive or negative experiences that might keep you from being a fair and impartial juror in this case?

- Are you familiar with the geographic area surrounding these two airports, including the cities of Orlando and Sanford?

- Do you live near either of the airports?

- Do you have any friends or family members who work at either of the airports?

- Do you have any feelings about the names of either of these airports?

- Have you ever been confused between the names of airports?

- Have you ever been confused between the names of the Orlando Sanford International Airport and the Orlando International Airport?

**Understanding of Trademarks**

- Do you have any prior experience with trademark disputes or intellectual property law?

**Impartiality and Fairness**

- Can you set aside any preconceived notions you may have about this case and decide it based solely on the evidence presented in court?
- Can you be fair and impartial to both the Sanford Airport Authority and the Greater Orlando Aviation Authority?
- Do you have any strong feelings about either of the parties that would prevent you from being impartial?
- Do you or any family members own trademarks or patents?

**Specific Case Knowledge**

- Have you heard or read anything about this specific trademark dispute between the Sanford Airport Authority and the Greater Orlando Aviation Authority before today?
- If so, where did you hear or read about it?
- Has what you heard or read influenced your opinion about the case in any way?
- Do you know anyone involved in this case, including any of the attorneys or witnesses?

**Other**

- Is there anything else you would like to share with the court that you think might be relevant to your ability to serve as a juror in this case?